UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YAMIL RUIZ, individually,

      Plaintiff,

v.

YAKIM MANASSEH JORDAN, a/k/a,
THE PROPHET MANASSEH JORDAN,
individually, and MANASSEH JORDAN             **JURY DEMAND**
MINISTRIES, INC., a New York Religious
Corporation,

      Defendants.
_____/

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1.    Plaintiff YAMIL RUIZ alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") against Defendants YAKIM MANASSEH JORDAN, a/k/a "the Prophet Manasseh Jordan," and MANASSEH JORDAN MINISTRIES, INC. Plaintiff alleges that Defendants incessantly and unlawfully called Plaintiff's cellular telephone using an automatic telephone dialing system (i.e. "auto-dialer") and a pre-recorded voice.

## JURISDICTION AND VENUE

2.    This Court has subject matter jurisdiction under 28 U.S.C. § 1331 as this is a civil action arising under the laws of the United States.

3.    This Court has personal jurisdiction over the Defendants because the telephone calls forming the basis of this action were placed by the Defendants into this District, and because Defendants conduct business in this District by regularly placing telephone calls and sending mail into this District.

4.      Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendants within this District.

## PARTIES

5.      Plaintiff YAMIL RUIZ is a natural person and a resident of the State of Florida, residing in Miami-Dade County, Florida.   Said Plaintiff is sole owner, user, subscriber, and possessor of the cellular telephone that Defendants were calling.

6.      Defendant YAKIM MANASSEH JORDAN, also known as "the Prophet Manasseh Jordan" (hereinafter "the Prophet") is a televangelist personality that uses, among other things, an automated telephone dialing system and pre-recorded telephonic voice messages to solicit individuals to join his congregation (MANASSEH JORDAN MINISTRIES, INC.), and donate money to the same.

7.      Defendant MANASSEH JORDAN MINISTRIES, INC. (hereinafter "MJM") is a New York Religious Corporation organized pursuant to Section 160 of the Religious Corporation Law of the State of New York. MJM uses, among other things, an automated telephone dialing system and pre-recorded telephonic voice messages to solicit individuals to join the Prophet's congregation and donate money to the same.

## FACTUAL ALLEGATIONS

8.      In 2014, Defendants began placing calls to Plaintiff's cellular telephone.

9.      Upon answering any of these calls, Plaintiff was invariably met with a pre-recorded voice message from the Prophet Manasseh Jordan.

10.     In each of these messages, the Prophet delivered a lengthy, pre-recorded solicitation for Plaintiff to join the Prophet's congregation, donate money, or both.

2

11.     In December 2015, after placing one such call, Defendants left the following pre-

recorded voicemail on Plaintiff's cellular telephone voicemail system:

>       My dear friend this is Prophet Manasseh, on Saturday, January
>       Second I'm coming to New York City! I don't know what you've
>       had to deal with but I need to anoint you for the New Year! I must
>       pray for you and speak the word for 2016! In your ear! I'm about
>       the pass the phone to my assistant. I have set aside the chair! I
>       have set aside the oil! I have set aside even the word that the lord
>       spoke to me for you alone! You must meet me there! The enemy
>       will try everything to stop you, but you MUST meet me there! On
>       January second in New York City. I'm about to pass the phone to
>       my assistant! He's going to give you the number for your free VIP
>       registration now!
>
>       Meet Prophet Manasseh at Pilgrim Church. That is 628 Central
>       Avenue in Brooklyn New York, 11217. Register now. Meet
>       Prophet Manasseh at the Pilgrim Church, 628 Central Avenue in
>       Brooklyn New York, 11207. That's going to be Saturday, January
>       2nd, at 7:00 PM, the doors will open at 5:30 PM. The Number to
>       dial is 1-800-203-0028. The number again is 1-800-203-0028. To
>       be removed from this call list please call 1-800-481-1004. That
>       number again is 1-800-481-1004.

12.     On January 21, 2016, Defendants left another such message on Plaintiff's cellular

voicemail system:

>       My dear friend this is Prophet Manasseh. There's something that
>       you've asked Father to release to you in the Month of January!
>       Something that you are thinking about. I've heard the Lord begin
>       to say an upcoming date with your MIRACLE ANGEL is coming
>       up! I need to give you the date! I NEED TO GIVE YOU THE
>       DATE MY FRIEND! That your MIRACLE ANGEL will begin to
>       span the gap meeting you where you are! Listen to me, grab a pen,
>       grab a piece of paper, and write this number down! This is an
>       urgent word! You have an upcoming date with your MIRACLE
>       FAVOR ANGEL! Write this number down now, and call me back
>       immediately! Here he is…
>
>       The number to dial is 213-810-9898. The number again is 213-
>       810-9898.

13.    The Defendants' method of contacting Plaintiff is indicative of their ability to dial numbers without any human intervention in the calling process, which the FCC has opined is the hallmark of an automatic telephone dialing system. *See In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 2008*, 23 F.C.C.R. 559, 565-66 (2008); *In the Matter of Rules & Regulations Implementing the Telephone Consumer Protection Act of 1991,* 18 F.C.C.R. 14014, 14091-92 (2003).

14.    In sum, the Defendants made telephone calls to Plaintiff's cellular telephone, each of which was made using an automatic telephone dialing system and an artificial or pre-recorded voice.

15.    Defendants made the aforementioned telephone calls knowing that they were using an automatic telephone dialing system or an artificial or prerecorded voice to call a cellular telephone, and further knew that such calls were in violation of the TCPA, and consequently, these violations were willful and knowing.

## COUNT I
## VIOLATIONS OF TELEPHONE CONSUMER PROTECTION ACT

16.    Plaintiff incorporates paragraphs 1 through 15 herein.

17.    Defendants violated 47 U.S.C. § 227(b)(1)(A)(iii) of the Telephone Consumer Protection Act by making telephone calls to Plaintiff's cellular telephone, which were initiated by an automatic telephone dialing system and made using an artificial or prerecorded voice, and not legally permissible under any provision to the aforementioned statute.

WHEREFORE, Plaintiff YAMIL RUIZ, requests that the Court enter judgment in favor of Plaintiff and against Defendants YAKIM MANASSEH JORDAN and MANASSEH JORDAN MINISTRIES, INC. for:

a.      $500 dollars in statutory damages for each violation of the TCPA over the last four years;

b.      $1,500 dollars in statutory damages for each knowing or willful violation of the TCPA over the last four years;

c.      a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using either an automatic telephone dialing system or an artificial or prerecorded voice;

e.      litigation expenses and costs of the instant suit; and

f.      such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 3rd day of February, 2016.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
20803 Biscayne Blvd., Ste 302
Aventura, Florida 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
Bret L. Lusskin, Esq.
Florida Bar No. 28069