UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:16-cv-20394-MGC

YAMIL RUIZ, individually,

    Plaintiff,

v.

YAKIM MANASSEH JORDAN, a/k/a,
THE PROPHET MANASSEH JORDAN,
individually, and MANASSEH JORDAN
MINISTRIES, INC., a New York Religious
Corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff and Defendants hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 22nd day of August, 2016.

                BRET L. LUSSKIN, Esq.
                *Attorney for Plaintiff*
                20803 Biscayne Blvd., Ste 302
                Aventura, FL 33180
                Telephone: (954) 454-5841
                Facsimile: (954) 454-5844
                blusskin@lusskinlaw.com

                By: /s/ Bret L. Lusskin, Esq.
                    Bret L. Lusskin, Esq.
                    Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of August, 2016, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                By: /s/ Bret L. Lusskin, Esq.
                   Bret L. Lusskin, Esq.
                   Florida Bar No. 28069