UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Civ-20394-COOKE/TORRES

YAMIL RUIZ,

    Plaintiff,

vs.

YAKIM MANASSEH JORDAN, a/k/a
THE PROPHET MANASSEH JORDAN,
individually, and MANASSEH JORDAN
MINISTRIES, INC., a New York Religious
Corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own attorney's fees and costs, except as otherwise agreed in their Settlement Agreement. *See* Stip. for Dismissal with Prejudice, ECF No. 33. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**DONE and ORDERED** in Chambers, at Miami, Florida, this 21st day of September 2016.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*